DOUGLAS COHEN (SBN 1214)
**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
3773 Howard Hughes Parkway, Suite 590 South
Las Vegas, Nevada 89169
Telephone:    (702) 341-5200
Facsimile:    (702) 341-5300
dcohen@wrslawyers.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEREMY ANDERSON as guardian of the person and estate of WILLIAM ANDERSON, JEREMY ANDERSON (individually and as the father of William Anderson) and JULIANA ANDERSON (individually and as the mother of William Anderson) <br><br> Plaintiff, <br><br> vs. <br><br> CLARK COUNTY SCHOOL DISTRICT; <br><br> Defendant. | Case No. 2:24-cv-01514 <br><br> **STIPULATION AND [PROPOSED] ORDER TO MODIFY DISCOVERY PLAN AND SCHEDULING ORDER** <br><br> **[FOURTH REQUEST PER MAGISTRATE JUDGE'S ORDER]** |

The parties, Plaintiffs Jeremy Anderson as guardian of the person and estate of William Anderson; Jeremy Anderson, individually and as the father of William Anderson; and Juliana Anderson, individually and as the mother of William Anderson (collectively "Plaintiffs") and Defendant Clark County School District ("CCSD"), through their undersigned counsel, hereby make their fourth request to modify the stipulated discovery plan and scheduling order, as follows:

On November 24, 2025, The Honorable Elayna J. Youchah, United States Magistrate Judge, vacated all dates in the remaining scheduling order pending the parties' scheduling of a mediation and instructed counsel to contact the Court with a stipulated scheduling order. Hearing Transcript (Doc. No. 53, at pages 16-20). The mediation was scheduled. The mediation was unsuccessful.

/ / /

-1-
SAO TO MODIFY DISCOVERY PLAN AND SCHEDULING ORDER (4TH REQUEST)

The Plaintiffs and Defendant stipulate to the following scheduling order:

1)    The expert discovery closes on March 29, 2026;

2)    The dispositive motion due date is April 30, 2026, the response due date is May 29, 2026 (this short extension is agreed to by the parties due to Mr. Cohen's son's destination wedding in San Diego, California, in mid-May), and the reply due date is June 15, 2026;

3)    The Joint Pretrial Order is due July 15, 2026, which is suspended in the event a timely dispositive motion is filed. In the event a dispositive motion is filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after the decision on the dispositive motions or by further order of the court.

**IT IS SO STIPULATED.**

DATED this 18th day of February 2026.                 DATED this 18th day of February 2026.

**WOLF, RIFKIND, SHAPIRO,**                           **GREENBERG TRAURIG, LLP**
**SCHULMAN & RABKIN, LLP**

*/s/Douglas Cohen, Esq.*                              */s/ Kara B. Hendricks, Esq.*
DOUGLAS COHEN, ESQ.                                   MARK E. FERRARIO, ESQ.
Nevada Bar No. 01214                                  Nevada Bar No. 01625
3773 Howard Hughes Parkway                            KARA B. HENDRICKS, ESQ.
Suite 590 South                                       Nevada Bar No 07743
Las Vegas, Nevada  89169                              10845 Griffith Peak Drive, Suite 600
                                                      Las Vegas, Nevada  89135
*Counsel for Plaintiffs*
                                                      *Counsel for Defendant,*
                                                      *Clark County School District*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:   February 18, 2026

-2-

SAO TO MODIFY DISCOVERY PLAN AND SCHEDULING ORDER (4TH REQUEST)